**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-01797-WJM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  September 9, 2011** | **Courtroom Deputy:**  Laura Galera |

BLAINE W. KLINGEMANN,

    Plaintiff,

v.

BREG, INC.,

    Defendant.

Robert Keith Jenner
Edward Mulligan
Vance Andrus


John D. Sear
Jordan L. Lipp

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session:       10:10 a.m.**
Court calls case.  Appearances of counsel.

Argument by Mr. Sear and Mr. Jenner regarding Defendant Breg, Inc.'s Motion to Exlcude Causation Testimony of John Hyman, M.D. [85].

Parties request time to speak off the record.

**Court in recess:       11:00 a.m.**
**Court in session:      11:11 a.m.**

Defendant moves to withdraw without prejudice Defendant Breg, Inc.'s Motion to Exclude Causation Testimony of John Hyman, M.D. [85] and Defendant Breg, Inc.'s Motion to Exclude Improper Testimony of Peggy Pence, PH.D. [86]**.**

Plaintiff moves to withdraw without prejudice Plaintiff's Motion to Exclude Defendant's Affirmative Expert Reports and Testimony [108].

**ORDERED**:  Defendant Breg, Inc.'s Motion to Exclude Causation Testimony of John Hyman, M.D. [85], Defendant Breg, Inc.'s Motion to Exclude Improper Testimony of Peggy Pence, PH.D. [86], and Plaintiff's Motion to Exclude Defendant's Affirmative Expert Reports and Testimony [108] are WITHDRAWN WITHOUT PREJUDICE with reservation of the withdrawing parties' right to refile the motion when and if they believe the circumstances warrant.

Parties may contact chambers to set up a conference call upon ruling of the Motions for Summary Judgment.

HEARING CONCLUDED.
**Court in recess**:        **11:16 a.m.**
Total time in court:     00:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.